No. 96–859. STEVEDORING SERVICES OF AMERICA ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL., *ante,* p. 1155. Motion of respondent Charles S. Sproull for attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Ninth Circuit.

No. 96–8882. IN RE NORDQUEST; and
No. 96–8932. IN RE FOREST. Petitions for writs of habeas corpus denied.

No. 96–1658. IN RE UNIVERSAL COMPUTER SYSTEMS, INC., ET AL.; and
No. 96–8850. IN RE MCCALL. Petitions for writs of mandamus denied.

No. 96–8465. IN RE HIGGINS. Petition for writ of mandamus and/or prohibition denied.

No. 96–1337. COUNTY OF SACRAMENTO ET AL. *v.* LEWIS ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF LEWIS, DECEASED. C. A. 9th Cir. Certiorari granted.

No. 96–1375. ST. PAUL-RAMSEY MEDICAL CENTER, INC. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari granted.

No. 96–1470. QUALITY KING DISTRIBUTORS, INC. *v.* L'ANZA RESEARCH INTERNATIONAL, INC. C. A. 9th Cir. Motions of Costco Cos., Inc., et al. and American Free Trade Association for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 95–8469. BRITT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.